IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRANKIE D. ALBERT, AS PARENTS AND NEXT FRIEND OF JANE DOE, A MINOR; AND PHYLIS ALBERT, AS PARENTS AND NEXT FRIEND OF JANE DOE, A MINOR; | § § § § § § | SA-17-CV-00703-JKP |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| UNITED STATES DEPARTMENT OF THE ARMY, WOUNDED WARRIOR PROJECT, INC., | § § § § | |
| *Defendants.* | § § | |

## ORDER SETTING HEARING

Before the Court in the above-styled cause of action is Defendant Wounded Warrior Project, Inc.'s Motion to Exclude Expert Testimony of Dr. Robert Lowry [#83], which was referred to the undersigned for disposition on September 24, 2019. The Court is of the opinion the motion should be set for a hearing.

**IT IS THEREFORE ORDERED** that Defendant Wounded Warrior Project, Inc.'s Motion to Exclude Expert Testimony of Dr. Robert Lowry [#83] is set for a hearing at **10:30 a.m.** on **October 10, 2019** in Courtroom B on the 4th Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Cesar Chavez Boulevard, San Antonio, Texas, 78206.

**IT IS FURTHER ORDERED** that the parties confer about the issues raised in Defendant's motion and **file a joint advisory via CM/ECF no later than October 9, 2019** that indicates which issues, if any, remain in dispute after their conference. For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

**IT IS SO ORDERED.**

SIGNED this 25th day of September, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE