**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SHYANNA ALBERT** | § | |
| | § | |
| **v.** | § | **ACTION NO. 5:17-CV-00703-JKP** |
| | § | |
| **WOUNDED WARRIOR PROJECT, INC.** | § | |

### STIPULATION OF DISMISSAL

Plaintiff Shyanna Albert and Defendant Wounded Warrior Project, Inc. file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Shyanna Albert.   Defendant is Wounded Warrior Project, Inc.

2. On July 27, 2017, Plaintiffs sued Defendant.

3. The parties reached a resolution of this matter on October 20, 2020.

4. The parties now move to dismiss this suit as to Wounded Warrior Project, Inc.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. A receiver has not been appointed in this case, nor is one necessary.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice, but only as to Wounded Warrior Project, Inc.   The suit against the United States Department of the Army remains in effect.

Respectfully submitted,

RILEY & RILEY
ATTORNEYS AT LAW

By: _____

Darby Riley
Texas Bar No. 16924400
320 Lexington Avenue
San Antonio, Texas 78215-1913
(210) 225-7236 (telephone)
(210) 227-7907 (facsimile)
darbyriley@rileylawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.
17339 Redland Road
San Antonio, Texas 78247-2304
(210) 979-0100
(210) 979-7810 (FAX)

BY: _____

JOHN A. GUERRA
State Bar No. 08576180
Email: jguerra@brock.law
GREG R. HOKENSON
State Bar No. 24036794
Email: ghokenson@brock.law
**ATTORNEYS FOR DEFENDANT**
**WOUNDED WARRIOR PROJECT, INC.**

2

## CERTIFICATE OF SERVICE

I certify that a copy of this Stipulation of Dismissal has been served on counsel of record for the U.S. Army on November 20, 2020, as follows:

James E. Dingivan                        Via e-file:  James.Dingivan@usdoj.gov
Faith Johnson Lowry                      Via e-file:  faith.johnson@usdoj.gov
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF TEXAS
600 NW Loop 410
San Antonio, TX 78216

Liane Noble                              Via e-file:  liane.noble@usdoj.gov
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF TEXAS
903 San Jacinto Blvd., Suite 334
Austin, Texas   78701
**Attorneys for Defendant,**
**United States Department of the Army**

_____
Darby Riley