UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FRANKIE D. ALBERT AND PHYLIS
ALBERT, AS PARENTS AND NEXT
FRIEND OF JANE DOE, A MINOR;
AND SHYANNA ALBERT,
   Plaintiffs,

v.               No.  SA-17-CV-00703-JKP

UNITED STATES OF AMERICA,
   Defendant.

**O R D E R**

In light of the Court's ruling on Defendant United States of America's *Motion for Summary Judgment Against Plaintiff Shyanna Albert*, ECF No. 213, the remaining claims of Frankie and Phylis Albert will proceed to trial on January 11, 2021 at 9:30 AM in San Antonio Courtroom 4.

**It is so ORDERED this 8th day of January 2021.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE